FILED

2016 Oct-19  PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT
# B

IV.    Settlement Demand

A settlement demand of $200,000.00 is more than reasonable in this case considering Edwin Williams' injuries, the pain and suffering he endured, and the mental anguish he suffered from his brain injuries. Your insured is responsible for maintaining a safe environment for its

2/17/2016                              301429164210001                    512016021708153 2