FILED
2017 Mar-08 PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDWIN WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 2:16-CV-01704-SGC |
| | ) |
| WALGREEN CO., | ) |
| | ) |
| Defendant. | ) |

## REPORT OF PARTIES PLANNING MEETING

The Court has required the Parties to submit a Report of the Parties Planning Meeting. The parties propose the following as their report.

1. The following persons participated in a Rule 26(f) Conference on 31st day of October, 2016, by telephonic communications.

2. Initial Disclosures. The parties will complete initial disclosures required by Rule 26(a)(1) by <u>December 20, 2016.</u>

3. Discovery Plan. The parties propose this discovery plan:

   a. Discovery will be needed on these subjects: Facts of how the accident happened. The construction and maintenance of the store where the accident happened, and the damages, injuries and medical background of the Plaintiff.

   b. Disclosure or discovery of electronically stored information

should be handled as follows: If there is any electronically stored information ("ESI") that is material and not objected to, the same will be produced in a format agreeable to the parties.

  c. Discovery can be commenced upon the execution of this order. All discovery is to be completed by <u>September 1, 2017</u>.

  d. Maximum number of interrogatories by each party to another party is 40 with the answers due 45 days from the date of service.

  e. Maximum number of request for production is 30 with responses due in 45 days.

  f. Maximum number of requests for admission is 20 with responses due in 30 days from the date of service.

  g. Maximum number of depositions for each party is six (6)

  h. All depositions are limited to no more than four (4) hours.

  I. Dates for exchanging reports of expert witnesses on behalf of the Plaintiff would be <u>May 15, 2017</u> and on behalf of the Defendant <u>June 12, 2017</u>.

  J. Dispositive motions are due by <u>October 16, 2017</u>.

4. Other items:

  a. The parties do not request a meeting with the Court before the entry of the Scheduling Order.

  b. Pre-trial conference is requested within 30 days before the time

of the trial.

  c. Final date for Plaintiff to amend the pleadings or join parties is April 3, 2017.

  d. Final date for the Defendant to amend pleadings or join parties is May 8, 2017.

  e. Dispositive motions are due by October 16, 2017.

  f. The trial of this case will take approximately two (2) days.

Date:

s/Jay Clark
John W. Clark, Jr.
ASB-2581-c61j

Clark, Hair & Smith, P.C.
100 Urban Center Drive, Suite 125
Birmingham, Alabama 35242
205-397-2900
205-397-2901 – Fax
Email: jclark@chslaw.com

***Attorney for Defendant Walgreen Co.***

s/ James S. Roberts, Jr.
James S. Roberts, Jr.
ASB-8891-r81j

Jim Roberts Law Firm, LLC
P.O. Box 639
Gadendale, Alabama 35071
205-285-8290
Email: jimroberts@northjeffersonlawyers.com

***Attorney for Plaintiff***